**Order entered July 12, 2019**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-01411-CV

### SIMEON COKER, Appellant

### V.

### COMMISSION FOR LAWYER DISCIPLINE, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-15478**

## ORDER

Before the Court is appellant's July 9, 2019 unopposed motion for a forty-four day extension of time to file his brief. Appellant explains the extension is necessary because he will be traveling out of the country for the burial of a family member.

We **GRANT** the motion and **ORDER** the brief be filed no later than August 31, 2019. Because appellant's brief was first due May 17, 2019 and he has previously been granted an extension of sixty-two days, we caution that further extensions will be disfavored and the appeal may be dismissed without further notice should the brief not be filed by August 31st. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE